# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, K.M. MCDONALD, D.J. SMITH**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**DAVERICK D. MOODY**
**CORPORAL (E-4), U.S. MARINE CORPS**

**NMCCA 201400263**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 4 March 2014.
**Military Judge:** LtCol E.A. Harvey, USMC.
**Convening Authority:** Commanding Officer, 3d Battalion, 11th Marines, 1st Marine Division (REIN), MCAGCC, Twentynine Palms, CA.
**Staff Judge Advocate's Recommendation:** Maj V.G. Larrata, USMC.
**For Appellant:** Maj Emmett Collazo, USMCR.
**For Appellee:** Mr. Brian Keller, Esq.

**16 October 2014**

---

## OPINION OF THE COURT

---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that in addition to the 111 days pretrial confinement credit for time served, the military judge awarded the appellant an additional 26 days of judicially ordered confinement credit.

For the Court


R.H. TROIDL
Clerk of Court